United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CARLOS HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-00442 |
| | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Carlos Hernandez has filed this *pro se* complaint against the Social Security Administration (D.E. 1). On May 3, 2019, the undersigned issued an order *sua sponte* extending the time to effectuate service by an additional 90 days and explaining the process. (D.E. 4 at 1-2).

Having received no response from Hernandez, the undersigned issued an order to show cause on October 10, 2019, ordering him to show cause within 30 days why his complaint should not be dismissed for want of prosecution. (D.E. 8 at 1). Hernandez was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.*).

On November 8, 2019, the court received a letter from Hernandez that resembles his complaint and discusses his health problems. (D.E. 9 at 1). However, he has not effectuated service, and this case cannot proceed absent service. It remains unclear from Hernandez's complaint and letter whether he has been denied Social Security disability benefits and seeks to appeal that denial, or whether he is seeking such benefits for the

first time.  If Hernandez is seeking Social Security disability benefits for the first time, he must complete the administrative process before seeking review in the district court.

Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order.  *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b).  Accordingly, it is recommended that Hernandez's complaint be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 21st day of November, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).